UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on June 18, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Cornelius Stephens

| | |
|---|---|
| Case No.: | 26-16945 |
| Adv. No.: | |
| Hearing Date: | 6/30/2026 |
| Judge: | Andrew B. Altenburg, Jr. |

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED

The relief set forth on the following pages, numbered two (2) through _____2_____ is hereby **ORDERED**.

**DATED: June 18, 2026**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

In re: Cornelius Stephens
Case No. 26-16945
Order to Show Cause for Dismissal of Case

---

This matter comes on to be heard on the Court's own motion and the following facts appear:

1. Case number 25-43801 Cornelius Stephens was filed on Aug. 6, 2025 and is an open, pending Chapter 7 case in the Eastern District of New York.

2. Case number 26-16945 Cornelius Stephens was filed on Jun. 16, 2026 under Chapter 13 in the District of New Jersey.

It is **ORDERED** that Cornelius Stephens shall appear before the Honorable Andrew B. Altenburg, Jr. on Tuesday, June 30, 2026 at 10:00 a.m. in Courtroom 4B of the Mitchell H. Cohen United States Courthouse, 400 Cooper Street, Camden, New Jersey **TO SHOW CAUSE** why case number 26-16945 should not be dismissed.